UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REGINA SALUD, | |
|---|---|
| Plaintiff, | Case No. 18-cv-01677-YGR |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| EXPEDITORS INTERNATIONAL, | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO MAGISTRATE JUDGE FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | April 3, 2020 |
| NON-EXPERT DISCOVERY CUTOFF: | November 20, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | February 11, 2020 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, August 14, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 21, 2020 |
| PRETRIAL CONFERENCE: | Friday, September 4, 2020 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 21, 2020 at 8:30 a.m. for one week Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, August 14, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 8, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge