# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA SALUD,**<br>  Plaintiff,<br>  vs.<br>**EXPEDITORS INTERNATIONAL,**<br>  Defendant. | CASE NO. 18-cv-01677-YGR<br><br>**ORDER DISMISSING ACTION** |

The Court was notified that the parties have reached a settlement in the above-captioned case. The Court thereby set a compliance deadline for 9:01 a.m. on Friday, September 11, 2020 for the filing of either (a) a Joint Stipulation of Dismissal or (b) a one-page Joint Statement setting forth an explanation regarding the failure to comply.

The parties did not file any statement and more than 30 days has passed. Accordingly, the Court is hereby entering a dismissal. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**